# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2025-1223
Lower Tribunal No. 2023-CF-000215

———————————————

JOSE BASILIO RODRIGUEZ PUPO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Lee County.
Nicholas Thompson, Judge.

July 28, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED